IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>HOLLYWOOD ENTERTAINMENT CORPORATION<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  1:07-CV-0382-SEB-DML<br>)<br>)<br>)<br>)<br>) |

**ORDER**

The parties have jointly moved for a modification to the Consent Decree entered on May 14, 2008. The Court, being duly advised, GRANTS the motion. The Court ORDERS that paragraph 3 of the Consent Decree be modified to allow payment of the backpay portion of the Joshua Hyman unsecured claim without the need for Defendant to withhold funds or pay employer taxes.

SO ORDERED.

Dated: __06/01/2009__

                                                                             SARAH EVANS BARKER, JUDGE
                                                                             United States District Court
                                                                             Southern District of Indiana

Copies to:

Nancy Dean Edmonds
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
101 West Ohio Street, Suite 1900
Indianapolis IN 46204-4203

Robin A. Adams, Esq.
Jeffrey A. Lee, Esq.
Maynard Cooper & Gale PC
1901 Sixth Avenue North
2400 Amsouth/Harbert Plaza
Birmingham, Alabama 35203-2618

Roberta Sabin Recker, Esq.
Baker & Daniels LLP
300 N. Meridian St., Suite 2700
Indianapolis, IN 46204